■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH BRYANT, Appellant. (Appeal No. 2.) [40 NYS3d 337]—Appeal from a judgment of the Monroe County Court (John L. DeMarco, J.), rendered June 23, 2010. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Bryant* ([appeal No. 1] 144 AD3d 1523 [2016]). Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.

■ In the Matter of KAMLEH S. TEHAN, as Executrix of ROBERT J. TEHAN, Deceased, Appellant-Respondent, for the Judicial Dissolution of TEHAN'S CATALOG SHOWROOMS, INC., Respondent-Appellant. (Appeal No. 1.) [40 NYS3d 342]—Appeal and cross appeal from an order of the Supreme Court, Oneida County (Patrick F. MacRae, J.), dated April 29, 2015. The order denied respondent's motion to dismiss the petition and for summary judgment and denied in part petitioner's cross motion for partial summary judgment.

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs.

Same memorandum as in *Matter of Tehan* (*Tehan's Catalog Showrooms, Inc.*) ([appeal No. 2] 144 AD3d 1530 [2016]). Present—Whalen, P.J., Smith, Lindley, Troutman and Scudder, JJ.